(No. 1209—

McCLINTIC-MARSHALL CONSTRUCTION COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

BUSBY, WEBER, MILLER & DONOVAN, for claimant.

OSCAR E. CARLSTROM, Attorney General; DAVID J. KADYK, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

On June 30th, 1927, claimant filed its claim for refund of a franchise tax claimed to have been illegally paid. On April 30th, 1929, the Attorney General made a motion to dismiss the case for want of prosecution. Claimant does not resist said motion. It is therefore ordered that the case be dismissed for want of prosecution and the same is dismissed.